THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 14, 2016

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In RE:

Montell D. Foster,　　　　　　　　　　　　Case No. 13-31618-GMH

Debtor.　　　　　　　　　　　　　　　　　Chapter 13

### ORDER HOLDING MOTION FOR ADDITIONAL INTERIM ATTORNEY FEES IN ABEYANCE

On December 15, 2015 the debtor filed a motion for additional interim attorney fees ("debtor's motion"). CM-ECF Doc. No. 53. The debtor did not provide proof of service indicating that all creditors were served with the motion. Accordingly,

**IT IS ORDERED** that the debtor's motion be held in ABEYANCE until the debtor files proof of service indicating that all parties-in-interest were served with the motion. Failure to do so on or before **January 22, 2016**, may result in the denial of the motion.

#####